# Exhibit A

FRED MANZO

                     Plaintiff

vs

PRISCO, INC. ET ALS

                     Defendant

20260123101706

Superior Court Of New Jersey

ESSEX Venue

Docket Number: ESX L 663 26

**Person to be served** (Name and Address):
DELEET MERCHANDISING CORPORATION
PRINCETON SOUTH CORPORATE CENTER-SUITE 160  100 CHARLES EWING BLVD.
EWING  NJ  08628
**By serving:**  CORPORATION SERVICE CORPORATION

**Attorney:** ADAM M. SLATER, ESQ.

**Papers Served:** SUMMONS AND COMPLAINT, CIS

# AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.____

| **Service Data:** | [X] Served Successfully | [ ] Not Served |
|---|---|---|

Date/Time:  1/23/2026 12:14 PM   _____

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Name of Person Served and relationship/title:

JOHNNIE MYERS_____

PERSON AUTHORIZED TO ACCEPT SERVICE

**Description of Person Accepting Service:**

SEX: M    AGE: 21-35   HEIGHT: 5'9"-6'0"    WEIGHT: 161-200 LBS.    SKIN: BLACK    HAIR: BALD    OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:

Date/Time: _____
Date/Time: _____
Date/Time: _____

Other:

**Served Data:**
Subscribed and Sworn to me this

23rd day of January, 2026

Notary Signature_____

Rosemary Ramos          September 25th, 2028
Name of Notary           My Commission Expires



I, JANE NUNN,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____   01/23/2026
Signature of Process Server              Date

Name of Private Server: JANE NUNN  Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) 672-1952